UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 00-6196

―――――――――

JOSEPH JOHNSON, JR.,

Petitioner - Appellant,

versus

C. D. LARSEN, Warden, Lunenburg Correctional
Center; RONALD ANGELONE, Director of
Corrections,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-99-595)

―――――――――

Submitted:  June 15, 2000        Decided:  June 22, 2000

―――――――――

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Joseph Johnson, Jr., Appellant Pro Se.  Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). The parties consented to jurisdiction of a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. Larsen, No. CA-99-595 (E.D. Va. Jan. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2